IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS A. MARTINEZ-SERRANO,<br><br>**Petitioner**<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>**Respondent** | **CIVIL NO.** 07-1576 (JAG) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

GARCIA-GREGORY, D.J.

    Before the Court is an unopposed Report and Recommendation issued by Magistrate Judge Camille Velez Rive on April 8, 2008. (Docket No. 12). In said Report and Recommendation, the Magistrate Judge recommends that the motion filed by petitioner Carlos A. Martinez Serrano ("petitioner") under 28 U.S.C.A. Section 2255, to vacate his conviction and sentence, be denied. Neither party filed objections to the Magistrate Judge's Report and Recommendation within the time frame provided by this Court's Local Rules. See D.P.R. Local Civ. R. 72(d).

    After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and accordingly, DENIES petitioner's motion. Judgment shall enter accordingly.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 25th day of April, 2008.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge